# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 1114 | **DATE** | 6/26/2009 |
| **CASE TITLE** | Lawrence H. Puch and Jennifer C. Puch vs. Village of Glenwood, Illinois, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs have filed an appeal with the Seventh Circuit which divests the court of jurisdiction over this matter. The court, therefore, strikes the pretrial conference set for 7/15/09 in the minute entry dated 4/02/09 [204]. The pre-trial conference is reset for 9/9/09 at 3 pm.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DM |
|---|---|---|