UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Lawrence H Puch, et al.
                        Plaintiff,

v.                                  Case No.: 1:05−cv−01114
                                  Honorable Joan B. Gottschall

Village of Glenwood, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 29, 2009:

      MINUTE entry before the Honorable Michael T. Mason:Based on the order of the District Court's order [258], the rule to show cause hearing set for 7/7/09 and the briefing schedule set [242] on Plaintiff Lawrence Puch's failure to comply with this Court's orders [212, 214] are stricken. Additionally, the briefing schedule set [243] on Defendant Willett's further amended motion for sanctions is stricken. The Clerk's Office is hereby directed to send a copy of this order via certified mail to Lawrence H. Puch at 235 Ellis, Glenwood, IL 60425.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.