# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 1114 | **DATE** | 8/27/2009 |
| **CASE TITLE** | Lawrence H. Puch and Jennifer C. Puch vs. Village of Glenwood, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' "Motion for Stay Pending Appeal and Response to Order to Show Cause" [266] [272] [273] is denied as the Plaintiffs' motion raises precisely the issue pending on appeal before the Seventh Circuit.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DM |
|---|---|---|