3118-138

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE H. PUCH and JENNIFER C. PUCH,<br><br>        Plaintiffs,<br><br> v.<br><br>VILLAGE OF GLENWOOD, ILLINOIS, KEVIN WELSH, GLENWOOD CHIEF OF POLICE, Individually and in his official Capacity; OFFICER TH. JOHNSON, Glenwood Police Department, Individually and in his official capacity; OFFICER JOE WILLETT, Glenwood Police Department, Individually and in his official Capacity; the GLENWOOD POLICE DEPARTMENT, OTHER UNKNOWN OFFICERS of the Glenwood Police Department, and OTHER UNKNOWN OFFICERS,<br><br>        Defendants. | Case No. 05 C 1114<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Mason |

## JOSEPH WILLETT'S AND THOMAS JOHNSON'S RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW

NOW COME the defendants, Joseph Willett and Thomas Johnson, by their attorneys, LITCHFIELD CAVO, LLP, and pursuant to FRCP 50, move this court for entry of an order granting them judgment as a matter of law as to each of the plaintiff's remaining claims. In support thereof, the defendants submit the attached memorandum of law.

WHEREFORE, the defendants, Joseph Willett and Thomas Johnson, respectfully request that this Court grant them judgment as a matter of law as to each of Puch's remaining claims, excessive force, assault, conspiracy, and intentional infliction of emotional distress.

                             LITCHFIELD CAVO, LLP.

Patrick J. Ruberry, Esq. (06188844)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL 60606-3300      By: /s/ Patrick J. Ruberry
(312) 781-6677            Attorneys for the defendants,
(312) 781-6630 fax          Officer Thomas Johnson, and
                            Officer Joseph Willett

# CERTIFICATE OF SERVICE

I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served the foregoing **Joseph Willett's and Thomas Johnson's Rule 50 Motion for Judgment as a Matter of Law** by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 12th day of February, 2013, and will hand deliver a copy to Lawrence H. Puch at trial the following day.

/s/ Patrick J. Ruberry
Attorneys for the defendants,
Officer Thomas Johnson, and
Officer Joseph Willett

Patrick J. Ruberry, Esq. (06188844)
LITCHFIELD CAVO, LLP
303 West Madison Street , Suite 300
Chicago, IL 60606-3300
(312) 781-6677
(312) 781-6630 fax